

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

---

## No. 08-25-00073-CV

---

In Re Guardianship of Jelitthza Lopez-Reta

---

On Appeal from the Probate Court No 2
El Paso County, Texas
Trial Court No. 2023-CGD00082

---

## JUDGMENT

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellee recover from Appellant all costs of appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED this 14th day of January 2026.

MARIA SALAS MENDOZA, Chief Justice

Before Salas Mendoza, C.J., Palafox and Soto, JJ.
Soto, J., concurring without opinion